ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2614
Facsimile: (602) 514-7270
Email: Christopher.J.Pattock@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEDICATED STAGING, LLC,<br><br>Debtors. | In a Proceeding under Chapter 11<br><br>Case No. 2:16-bk-14283-PS<br><br>**MOTION FOR ORDER GRANTING SUBSTITUTION OF COUNSEL, AND NOTICE OF LODGING PROPOSED ORDER** |

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), undersigned counsel substitutes and hereby appears on behalf of the United States Trustee for the District of Arizona (the "U.S. Trustee") and formally requests copies of all notices and any and all filings, except proofs of claim, in the above-captioned administrative proceeding or in any contested matter or adversary proceeding herein or related thereto, be served on:

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2614
Facsimile: (602) 514-7270
Email: Christopher.J.Pattock@usdoj.gov

1 | PLEASE REMOVE FROM THE MAILING LIST AND FROM ALL FUTURE COMMUNICATIONS, INCLUDING ECF NOTIFICATIONS, IN THE CASE the following U.S. Trustee attorney/s if they so appear in the case:

   1. **Ed Bernatavicius,**

RESPECTFULLY SUBMITTED this 22nd day of December, 2016.

        ILENE J. LASHINSKY
        United States Trustee
        District of Arizona

        /s/ CJP (#009797)
        CHRISTOPHER J. PATTOCK
        Trial Attorney

COPY of the foregoing served via
first class mail this 22nd day of December, 2016
to all parties listed below:

**JOHN C SMITH**
GERALD K SMITH & JOHN C SMITH LAW OFFICE
6720 E Camino Principal, Ste. 203
TUCSON, AZ 85715

/s/ Karen Doane

- 2 -

Case 2:16-bk-14283-PS    Doc 11    Filed 12/22/16    Entered 12/22/16 09:00:59    Desc
Main Document    Page 2 of 4

# Exhibit A

ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2614
Facsimile: (602) 514-7270
Email: Christopher.J.Pattock@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>DEDICATED STAGING, LLC,<br><br>Debtors. | In Proceedings under Chapter 11<br><br>Case No. 2:16-bk-14283-PS<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL** |
|---|---|

The Court having considered the United States Trustee for the District of Arizona's (the "UST") "Motion for Order Granting Substitution of Counsel (the "Motion")," and good cause appearing,

IT IS HEREBY ORDERED:

1. Granting the UST's Motion;

2. Terminating **Ed Bernatavicius** as counsel/s of record for the UST and from the mailing list; and

3. Substituting **Christopher Pattock** as counsel/s of record for the UST for the remainder of the case.

**DATED AND SIGNED ABOVE**

- 4 -